**ORIGINAL**

FORM 2
COVER SHEET

**RECEIVED**
NOV 10 2014
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Matsuo Engineering/Centerre Construction, A Joint Venture
_____

14-1093 C

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)):   Edward T. DeLisle

Firm Name:   Cohen Seglias Pallas Greenhall & Furman, P.C.

Post Office Box:

Street Address:   30 South 17th Street, 19th Floor

City-State-Zip:   Philadelphia, PA 19103

Telephone & Facsimile Numbers:   215-564-1700     267-238-4456

E-mail Address:   edelisle@cohensegliasc.com

Is the attorney of record admitted to the Court of Federal Claims Bar?   ☒ Yes   ☐ No
Does the attorney of record have a Court of Federal Claims ECF account?   ☒ Yes   ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code:   [1] [0] [0]

Select only one (three digit) nature-of-suit code from the attached sheet.
If number 213 is used, please identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code:   [G] [S] [A]
See attached sheet for three-digit codes.

Amount Claimed:   $ 3,423,911.00
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required?   ☒ Yes   ☐ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ _____
Is plaintiff a small business?   ☐ Yes   ☐ No

Vaccine Case:
Date of Vaccination: _____

Related Cases:
Is this case directly related to any pending or previous case?   ☒ Yes   ☐ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

180