**ORIGINAL**

**FILED**
**NOV 1 0 2014**
**U.S. COURT OF**
**FEDERAL CLAIMS**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MATSUO ENGINEERING/ <br> CENTERRE CONSTRUCTION <br> A JOINT VENTURE, <br>                     Plaintiff, <br>   <br> v. <br>   <br> THE UNITED STATES, <br>                     Defendant. | ) <br> ) <br> ) <br> ) No. 14-1093C <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### RULE 7.1 DISCLOSURE STATEMENT OF
### MATSUO ENGINEERING/CENTERRE CONSTRUCTION A JOINT VENTURE

Pursuant to RCFC 7.1, Matsuo Engineering/Centerre Construction, A Joint Venture ("MC"), hereby submits this disclosure statement. MC is a Colorado limited liability corporation and there is no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

Date: November 7, 2014

_____
Edward T. DeLisle, Esquire
Cohen Seglias Pallas Greenhall
& Furman PC
United Plaza, 19th Floor
30 South 17th Street
Philadelphia, PA 19103
215-564-1700/267-238-4456(fax)
edelisle@cohenseglias.com

*Attorney of Record for Matsuo*
*Engineering/Centerre Construction*
*A Joint Venture*