# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MATSUO ENGINEERING/      )
CENTERRE CONSTRUCTION      )
A JOINT VENTURE,      )
     )
        Plaintiff,      )
     )      No. 14-1093C
        v.      )      (Senior Judge Eric Bruggink)
     )
THE UNITED STATES,      )
     )
        Defendant.      )

## DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 45-day enlargement of time, until March 6, 2015, to file its response to plaintiff's complaint. Defendant's response is currently due on January 9, 2015. This is our first request for an enlargement of time. Plaintiff's counsel, Edward T. DeLisle, advised Government counsel on January 8, 2015, that plaintiff does not oppose this motion.

The reason for the enlargement of time is to allow Government counsel and the United States General Services Administration (GSA) additional time to obtain relevant information and confer prior to responding to the complaint. The Department of Justice's records show that our "new cases" intake office sent a copy of the complaint and a request for a litigation report to GSA on or about December 4, 2014. Upon a follow-up inquiry, GSA advised us that it never received the Department of Justice's original correspondence. As a result, we provided GSA with substitute documentation and recently confirmed that GSA is in the process of acquiring the

requested information. The most relevant documents in this case are the construction contract files concerning the underlying contract, which are located in Denver, Colorado, the GSA regional office that had primary responsibility for administering the contract. Because GSA's primary litigation support is located in Washington D.C., GSA has begun the process of identifying and retrieving the relevant files from its Denver regional office. The contract files are necessary to prepare a response in this case.

For the foregoing reason, we respectfully request that this Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

_____/s/Scott D. Austin_____
SCOTT D. AUSTIN
Assistant Director

_____/s/Kenneth S. Kessler_____
KENNETH S. KESSLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-0313
Fax: (202) 305-7643
Kenneth.Kessler@usdoj.gov

January 9, 2015                                    Attorneys for Defendant