**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| MATSUO ENGINEERING/ ) <br> CENTERRE CONSTRUCTION ) <br> A JOINT VENTURE, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br>     Defendant. ) | No. 14-1093C <br> (Senior Judge Eric Bruggink) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT
OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 7-day enlargement of time, until April 24, 2015, to file its response to plaintiff's complaint. Defendant's response is currently due on April 17, 2015. This is our third request for an enlargement of time, the Court having previously granted two enlargements of time for a total of 87-days. Government counsel attempted, unsuccessfully, to confer with plaintiff's counsel, Edward T. DeLisle, about whether plaintiff does or does not oppose this motion.[1]

The reason for this request is to permit Government counsel and the United States General Services Administration (GSA) additional time to confer prior to responding to the complaint. As set forth in our previous motions, our first request for additional time was due to

---

[1] On April 15, 2015, at approximately 11:45 am, Government counsel left a detailed voicemail message, followed by a detailed email message, for Mr. DeLisle at the same phone number and email address listed in the complaint and used successfully to confer with Mr. DeLisle for prior motions. On April 16, 2015, at approximately 11:45 am, Government counsel sent a follow up email to Mr. DeLisle requesting plaintiff's position and advising that the Government would be filing the motion soon. As of the time of this filing, Mr. DeLisle has not yet responded to our messages or indicated plaintiff's position with respect to this motion.

administrative error that resulted in a significant delay in GSA's receipt of the complaint and our request for a litigation report. Since that time, counsel from GSA and the Department of Justice have worked together to obtain and begin the review of the contract and construction-related documents from GSA's regional office in Denver, Colorado. Plaintiff's complaint contains numerous factual allegations and claims asserting Government liability for delays and differing-site conditions, making a review of these files necessary to prepare our response in this case.

Presently, the Government has prepared a draft response to the complaint that is undergoing review. During the next week, however, Government counsel will be out of the office and unavailable for several days for official business. The Government believes that the additional time being requested is necessary to complete the inter- and intra-agency review that must be completed before the Government files its response.

For the foregoing reason, we respectfully request that this Court grant this motion for an enlargement of time.

        Respectfully submitted,

        BENJAMIN C. MIZER
        Principal Deputy Assistant Attorney General

        ROBERT E. KIRSCHMAN, JR.
        Director

          /s/Scott D. Austin
        SCOTT D. AUSTIN
        Assistant Director

  /s/Kenneth S. Kessler
KENNETH S. KESSLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-0313
Fax: (202) 305-7643
Kenneth.Kessler@usdoj.gov

April 16, 2015        Attorneys for Defendant